JS - 6

# United States District Court
# for the Central District of California

| | |
|---|---|
| FPL AND ASSOCIATES, INC. EMPLOYEE BENEFITS PLAN, <br><br> Plaintiff <br><br> vs. <br><br> IRMA and KORI SETHMAN, <br><br> Defendants. | CASE #: 8:21-cv-01294-JLS-DFM <br><br> **JUDGMENT** |

Based on the Stipulation of the Defendants, the Court ORDERS, ADJUDGES AND DECREES as follows:

1. All proceeds in David Sethman's FPL AND ASSOCIATES, INC. EMPLOYEE BENEFITS PLAN ("FPL") account ("Account") which is the subject of this action are awarded as follows:

    70% to Irma Sethman

    30% to Kori Sethman

**JUDGMENT**
1

2. No offset shall be made by FPL in the distribution of the proceeds in the Account, including but not limited to FPL's attorney's fees and costs of litigation.

3. All parties to this action shall bear their own attorneys fees and costs.

4. FPL shall immediately disburse the total proceeds in the Account in accordance with this Judgment, and concurrently therewith shall provide an accounting of those proceeds to both Irma Sethman and Kori Sethman from August 2, 2015 until the date of distribution.

Dated: January 23, 2023

JOSEPHINE L. STATON
United States District Judge